EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

**UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2197789*

Index no : **1:17-CV-10054-AKH**
Date of Purchase: **12/22/2017**
Office No:

| Plaintiff: | **HERIBERTO NUNEZ** |
|---|---|
| Defendant: | **THE CITY OF NEW YORK ETAL** |

STATE OF NEW YORK COUNTY OF NEW YORK     ss.:

**WENDYS FELIZ**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **01/22/2018** at **9:11 AM**, I served the within **SUMMONS AND COMPLAINT AND JURY TRIAL DEMAND, CIVIL COVER SHEET, ORDER WITHDRAWING CASE FROM SECTION 1983 PLAN, INDIVIDUAL RULES OF THE HONORABLE ALVIN K HELLERSTEIN, AND SDNY ELECTRONIC CASE FILING RULES & INSTRUCTIONS.** on **NYPD OFFICER KARLA SOTO, SHIELD # 3624** at **257 ALEXANDER AVENUE , C/O 40TH PCT, BRONX, NY10454** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Ms Sanko** , **CO-WORKER OF THE DEFENDANT** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black | 26 | 5'3" | 130 |
| Other Features: | | | | | |

On **01/23/2018** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant** at **257 ALEXANDER AVENUE , C/O 40TH PCT, BRONX, NY 10454**. That address being the **actual place of business of the Defendant.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
01/25/2018

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2018

x _____
WENDYS FELIZ
License#: 2011178
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Cindy

