```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

HERIBERTO NUNEZ,

                              Plaintiffs,

        -against-

THE CITY OF NEW YORK,

                              Defendants.

----------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17 CV 10054 (AKH)

       WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.    The above-referenced action is hereby dismissed with prejudice; and

4

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
April 26 2018

EMERY CELLI BRINCKERHOFF AND
ABADY, LLP
*Attorneys for Plaintiff*
600 Fifth Ave., 10th Floor
New York, New York 10020

By: _____
Earl Ward
*Attorney for Plaintiff Heriberto Nunez*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Mark D. Zuckerman
*Senior Counsel*

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: 4/27, 2018

3